# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

      Daniel E Hubert
      Jennifer L Hubert
          Debtor(s)

Case No. 15-03409

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/02/2015.

2) The plan was confirmed on 05/29/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/08/2017.

5) The case was dismissed on 06/02/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,153.78 |
| Less amount refunded to debtor | $105.86 |

**NET RECEIPTS:** **$13,047.92**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,210.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $579.95 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,789.95** |

Attorney fees paid and disclosed by debtor:        $590.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARONA CORP DBA AARONS | Unsecured | 600.00 | 685.00 | 685.00 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 890.00 | 506.26 | 506.26 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 370.00 | 368.63 | 368.63 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 150.00 | 219.19 | 219.19 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 660.00 | 308.73 | 308.73 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 0.00 | 146.61 | 146.61 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 500.00 | 554.69 | 554.69 | 0.00 | 0.00 |
| COMMUNITY LENDERS | Secured | 6,225.00 | 6,225.00 | 6,225.00 | 6,225.00 | 414.00 |
| COMMUNITY LENDERS | Unsecured | NA | 8,860.35 | 8,860.35 | 126.82 | 0.00 |
| CORINTHIAN COLLEGES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,800.00 | 6,001.67 | 6,001.67 | 85.90 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 200.00 | 301.51 | 301.51 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 240.00 | 151.28 | 151.28 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,200.00 | 4,259.16 | 4,259.16 | 60.96 | 0.00 |
| EVEREST UNIVERSITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK NA | Secured | 8,548.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST MIDWEST BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLOBAL DISCOVERY VACATIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL DISCOVERY VACATIONS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 190.00 | 163.53 | 163.53 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| IOWA COLLEGE ACQUISITION CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LASALLE COUNTY CLERK | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| LASALLE COUNTY CLERK | Secured | 2,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 63.84 |
| MIDLAND FUNDING LLC | Unsecured | 240.00 | 191.86 | 191.86 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 600.00 | 742.02 | 742.02 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 210.00 | 363.11 | 363.11 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 520.00 | 657.98 | 657.98 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 460.00 | 541.64 | 541.64 | 0.00 | 0.00 |
| RENT A CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VIVINT SECURITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| TOUSSAINT OBGYN PC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NEWTON COUNTY AMBULANCE DIS | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC CLUB | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITI PREPAID SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| EPIC GROUP EMERGENCY PHYSICIA | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GENESIS LENDING SOLUTIONS | Unsecured | 4,030.00 | NA | NA | 0.00 | 0.00 |
| HEALTH DIRECTIONS/NCBHS | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY ORAL SURGERY | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| OTTAWA MEDICAL CENTER PC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PAUL GALLO DDS | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CUSTOMER SERVICE | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ILLINOIS COMPTROLLER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN LUNG ASSOCIATES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CARE SPECIA | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| SCHNEIDER FINANCE INC | Unsecured | 12,700.00 | 12,677.24 | 12,677.24 | 181.45 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Unsecured | 630.00 | 579.96 | 579.96 | 0.00 | 0.00 |
| VERIZON | Unsecured | NA | 615.76 | 615.76 | 0.00 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 300.00 | 197.69 | 197.69 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,225.00 | $6,225.00 | $414.00 |
| All Other Secured | $2,100.00 | $2,100.00 | $63.84 |
| **TOTAL SECURED:** | **$8,325.00** | **$8,325.00** | **$477.84** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$39,193.87** | **$455.13** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,789.95 |
| Disbursements to Creditors | $9,257.97 |
| | |
| **TOTAL DISBURSEMENTS** : | **$13,047.92** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/07/2017             By: /s/ Glenn Stearns

                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**